# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 3, 2013

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

147074

VALERIE HOWARD,
    Plaintiff-Appellant,

v

SPECTRUM HEALTH-BLODGETT CAMPUS,
SPECTRUM HEALTH-BUTTERWORTH
CAMPUS, DR. JANOS NEVAI, HENRIKAS
VAITKEVICIUS PA-C, DR. TRIEU PHAM,
EMERGENCY CARE SPECIALISTS, P.C.,
DR. WILLIAM ROZELL, DR. BEN LEE,
ADVANCED RADIOLOGY SERVICES, and
SPECTRUM HEALTH MEDICAL GROUP,
    Defendants-Appellees.

SC: 147074
COA: 310351
Kent CC: 12-001719-NH

_____/

On order of the Court, the application for leave to appeal the March 26, 2013 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

CAVANAGH, J., would grant leave to appeal.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 3, 2013



d0826

Clerk